**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff<br><br>            v.<br><br>REYES H. ORTIZ-FUENTES<br>    Defendant | CRIMINAL NO. 99CR226-06(HL) |

NOTICE TO THE COURT

TO THE HONORABLE COURT:

   Plaintiff through the undersigned attorney hereby informs the Court that the Special Monetary Assessment and Criminal Fine imposed in this case has been satisfied in full by defendant Reyes H. Ortiz-Fuentes.

   I hereby certify that on this date a true copy of this motion was sent to Eustaquio Babilonia, Chief U.S. Probation Office, District of Puerto Rico.

   In San Juan, Puerto Rico, this <u>1st</u> day of <u>November</u>, 2004.

                              H. S. GARCIA
                              UNITED STATES ATTORNEY


                              S/REBECCA VARGAS VERA
                              Assistant U.S. Attorney
                              Financial Litigation Unit
                              USDC ID NO. 203307
                              Torre Chardon, Suite 1201
                              350 Carlos Chardon Street
                              San Juan, Puerto Rico  00918
                              Tel. 766-5656