**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff<br><br>        v.<br><br>REYES H. ORTIZ-FUENTES<br>    Defendant | CRIMINAL NO. 99CR226-06(HL) |

**ENTRY OF SATISFACTION**

The Satisfaction of the SPECIAL MONETARY ASSESSMENT AND CRIMINAL FINE IS HEREBY ENTERED.

San Juan, Puerto Rico, this __ day of _____ of _____.

```
                    FRANCES RIOS DE MORAN
                    CLERK OF THE COURT
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF PUERTO RICO


                    By: _____
                            Deputy Clerk
```