# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Criminal 99-226(HL) |
| Plaintiff | * | |
| V. | * | |
| REYES H. ORTIZ-FUENTES | * | |
| Defendant | * | |

## MOTION IN COMPLIANCE WITH COURT ORDER

**TO THE HONORABLE COURT:**

**COMES NOW** defendant Reyes H. Ortiz-Fuentes represented by the undersigned attorney and respectfully states and prays:

1. In compliance with the Court's order a form of Order is submitted for the Court's consideration.

2. However, the form of order should be prepared by the government as they have the complete information needed of when and where (includes the number of the "Libro"; "Asiento"; "Folio"etc.) the lien was placed. Counsel was not the counsel of record when the case of Mr. Ortiz Fuentes was tried and has no documents to show the above information; neither does Mr. Ortiz Fuentes; efforts to obtain the information have been unsuccessful.

**WHEREFORE**, it is respectfully requested that the Court take notice of compliance with the order.

**CERTIFICATE OF SERVICE**: I hereby certify that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CM/ECF system by the U.S. Attorney's Office.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 8th day of December, 2004.

                                                  S/ *Lydia Lizarribar-Masini*
**LYDIA LIZARRÍBAR-MASINI**
**USDC 124301**
**14 O'NEILL ST. SUITE A**
**HATO REY, PR  00918**
**TEL. 250-7505 FAX. 758-4512**
E-mail: lizarribar@prtc.net

2