IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Criminal 99-226(HL) |
| Plaintiff | * | |
| V. | * | |
| **REYES H. ORTIZ-FUENTES** | * | |
| Defendant | * | |

## ORDER

It is hereby ordered that the Registrar of the Property Shall immediately vacate and leave without effect the lien placed on the property of Reyes Humberto Ortiz-Fuentes described as:

> "RUSTICA": Predio de terreno sito en el Barrio San Ildefonso del término municipal de Coamo, Puerto Rico, con un área superficial de treinta punto cero cero setecientas veintinueve cuerdas (30.00729 cds), equivalentes a ciento diecisiete mil novecientos cuarenta punto sesenta y cinco metros cuadrados (117,940.65 mc), en lindes por el NORTE con la finca de Pablo Aponte; por le SUR con Juan A. Quevedo; por el ESTE, Carretera Número PR-catorce (PR-14); por el OESTE, con Pablo Aponte............................. Inscrita al folio setenta y cuatro (74) del tomo doscientos treinta y siete(237) de Coamo, finca número trece mil trescientos dieciseis (13,316), inscripción primera(1ra)................................

Said lien in the amount of five thousand dollars ($5,000.00)

SO ORDERED.

HECTOR LAFFITTE
U.S. DISTRICT JUDGE