IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| Plaintiff * | |
| * | |
| v * | CASE: 99-CR-226 (HL) |
| * | |
| REYES H. ORTIZ FUENTES * | |
| Defendant * | |
| _____ * | |

NOTICE TO THE COURT
REGARDING THE CANCELLATION OF LIEN

TO THE HONORABLE COURT:

NOW COMES the United States of America represented by the undersigned attorneys and respectfully sets forth as follows:

1. On September 9, 2000 this Honorable Court issued a Judgment against the defendant of caption.

2. To ensure and/or enforce the satisfaction of said judgment, the U.S. Attorney's Financial Litigation Unit sent to the Property Registry of Barranquitas, pursuant to 28 U.S.C. section 3001-3630, a Notice of lien to be registered in the book of Registered Judgments.

3. Upon satisfaction of the Judgment, that same unit on 11-1-2004 filed before this Honorable Court a Notice of Satisfaction of SMA and of Fine, Docket entry #242.

4. Thereafter, that same unit prepared and sent to the Property Registry of Barranquitas a letter of payment with a Minute requesting the Property Registrar to cancel the notice of lien.

5. The Registry received the above letter of payment and Minute on November, 18, 2004; said letter was stamped and acknowledged as received by their employee Edwin Rivera.

6. Copy of the stamped Minute is attached hereto and made part hereof as Annex A.

USA v Reyes H. Ortiz Fuentes
CASE: 99-CR-226 HL
Page 2

7. That since no further action was required, the defendant's case was closed at the unit.

8. That what's still pending is for the Registrar to cancel the notice of lien as already requested to by the Government.

WHEREFORE the United States respectfully requests to take notice of the above as it is all the information the Government has in this issue.

CERTIFICATE: I hereby certify I filed on this same date via CM/ECF the instant document which will automatically notify the following participants: **Epifanio Morales** ; and, by regular mail to: **Antonio Bauza**, Cond Le Mans, 602 Muñoz Rivera Suite 402, Hato Rey, PR. 00918; **Francisco Acevedo Padilla**, Acevedo Law Office, Suite 603, Asoc. De Maestros Bldg., 452 Ponce de Leon Ave., San Juan, PR 00918;**Carlos A. Vazquez Alvarez and Joseph Laws**, Federal Public Defender's Office, Patio Gallery Bldg., 241 Franklin D. Roosevelt Ave., Hato Rey, PR 00918-2441; **Juan R. Acevedo Cruz**, Juan R. Acevodo Cruz Law Office, 174 O'Neill St., San Juan, PR 00918; **Luis R. Rivera Rodriguez**, Luis Rafael Rivera Law Office, Capital Center Bldg. Suite 401, 239 Arterial Hostos, San Juan, PR 00918; **Anita Hill Adames**, Anita Hill Law Office PO Box 9023272, San Juan, PR 00902-3272;**Maria H. Sandoval**, Maria H. Sandoval Law Office, PO Box 9878, San Juan, PR 00908; **Nelson Escalona-Colon**, 66 Calle Capitan Correa, Ponce PR 00731; **Lydia Lizarribar-Buxo**, Lizarribar Masini Law Office, G-14

USA v Reyes H. Ortiz Fuentes
CASE: 99-CR-226 HL
Page 3

O'Neill St., Suite A, San Juan, PR 00918; **Miguel A. Pereira**, Policia de P.R., P.O. Box 70166,

San Juan, PR 00936-8166.

    At San Juan, Puerto Rico this 27th day of January, 2005.


                               H.S. GARCIA
                               UNITED STATES ATTORNEY


                       S/ *Rebecca Vargas-Vera*    203307
                       REBECCA VARGAS-VERA
                       ASSISTANT U.S. ATTORNEY
                       Torre Chardon Suite 1201
                       Hato Rey, PR 00918
                       Tel. (787) 766-5656
                       FAX(787) 771-4049