ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE JUSTICIA
REGISTRO DE LA PROPIEDAD

<u>LLENESE A MAQUINILLA O LETRA DE MOLDE</u>

MINUTA DE ASIENTO DE PRESENTACIÓN

ESCOJA TIPO DE DOCUMENTO                                PARA USO DEL REGISTRO

☐ **A) Escritura o Instancia:**
    Número de Escritura o Instancia ___N/A___
    Fecha de Escritura O Instancia ___N/A___
    Lugar de Otorgamiento ___N/A___
    Nombre del Notario ___N/A___
    Número de Colegiado o de Notario ___N/A___

*(handwritten: Recibido: 18/nov/04  Elvin Rivera)*

☐ **B) Documento Judicial:**
    Tipo de Documento
        _X_ Sentencia o Resolución     ___ Demanda
        ___ Orden y Mandamiento        ___ Otros
    Tribunal <u>United States District Court for the District of Puerto Rico</u>
    Núm. Caso <u>99CR226-06(HL)</u>, Sobre <u>Cobro de Dinero</u>
    Demandante <u>United States of America</u>
    Demandado <u>Reyes H. Ortiz-Fuentes, et als      ( 2001Z00099/ 002)</u>
    Ex Parte _____

☐ **C) Documento Administrativo:**
    Tipo de Documento <u>Cancellation of Entry of Judgment</u>
    Agencia que lo Expidio <u>U.S. Department of Justice, US Attorneys Office</u>
    Fecha de Expedición <u>8 de octubre de 2004</u>

**DATOS COMUNES A TODOS LOS DOCUMENTOS**
Municipio o Sector _____ ☐Rustica Barrio _____
☐ Urbana (Apt, lote y bloque) _____
_____ Cabida _____ Tomo _____ Folio _____
Finca número _____ y/o Número de la finca de donde
se segrega _____ Número de Catastro _____
Transacción (es) solicitadas (De no caber, al dorso) <u>Cancellation Notice of Lien (Cancelación de Anotación de Sentencia)</u>
Valor de la (s) transaccion (es) $ _____ . $ _____ , $ _____
A Favor de quien es la Transacción y Seguro Social <u>United States of America</u>

Dirección Postal <u>United States Attorney's Office, Torre Chardon, Suite 1201, 350 Carlos Chardon Street, San Juan, PR 00918</u>
**En el caso de Hipoteca especificar:** Principal _____ Intereses _____
Afidávit _____ Valor de Tasación _____ Vencimiento _____
Documentos Complementarios _____

**COMPROBANTES Y SELLO DE 50 CENTAVOS**
Colecturía Num.    Fecha        Serie Numero        Valor Numero
_____        _____   _____          _____
_____        _____   _____          _____
                                                   Total _____

Nombre del Notario y su Numero, Dirección, Teléfono y Fax: <u>Lcda. Rebecca Vargas Vera, Fiscal Federal Auxiliar, Edif. Torre Chardon, Suite 1201, 350 Carlos Chardon Street, San Juan, PR 00918, Tel 766-5656 Fax 766-6219</u>
Nombre del Presentante y su Numero, Dirección, Teléfono y Fax: <u>Sánchez Rubio & Assoc. P.O. Box 364012, San Juan, PR 00936-4012, Tel. 788-4321, 788-2040 Fax 788-0358</u>

_____            _____
Firma del Presentante              Firma del Técnico del Registro



U.S. Department of Justice

**H. S. Garcia**
*United States Attorney*
*District of Puerto Rico*

Torre Chardon, Suite 1201　　　　　　　　　　　(787) 766-5656
350 Carlos Chardon Street
San Juan, Puerto Rico 00918

October 8, 2004

To The Honorable Registrar
of the Property of Barranquitas
Barranquitas, Puerto Rico

Re:  **Letter of Payment and Cancellation of Entry of Judgment
(Cancelación de Anotación de Sentencia)
Criminal No. 99CR226-06 (HL )
USA v. Reyes H. Ortiz-Fuentes**

Honorable Registrar:

On September 19, 2000, a Criminal Judgment was entered in the above referenced case.

The United States of America, in the process of collecting the criminal judgment from **Reyes H. Ortiz-Fuentes** and pursuant to the Federal Debt Collection Procedures Act, 28 USC §3001-3630, filed a Notice of Lien. The Notice of Lien was duly registered in the book of Registered Judgments.

The United States of America, as sole beneficiary of the afore stated lien, issues this letter of payment and respectfully requests from the Honorable Registrar the cancellation of the judgment lien in consideration that defendant has satisfied the indebtedness owed, pursuant to 30 L.P.R.A. §1812.

Cordially,

H. S. GARCIA
United States Attorney

Rebecca Vargas Vera
Assistant U.S. Attorney